UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO: 18-CV-20917-JB

DEBRA FAVARULO,

        Plaintiff,

vs.

MSC CRUISES S.A.,

        Defendant.
_____ /

## NOTICE OF HEARING

    A hearing has been set before the Honorable Judge Jacqueline Becerra, the Magistrate in the above-styled court, in the United States Courthouse, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, FL 33132 on **Thursday, April 11, 2019 at 9:00 a.m.** as counsel can be heard, the following:

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S REQUEST FOR PRODUCTION, PARAGRAPHS 2-4. See Defendant's Answer, which incorporates the Requests, and which will be forwarded to the Court separately.**

**Procedurally, this hearing has come to this Court as follows. Plaintiff served her Third Request for Production on Defendant on January 25, 2019. By agreement, Defendant filed its response on 3/4/2019. On 3/8/2019, Plaintiff set a phone conference regarding the responses for 3/11/2019, and then reset to 3/12/2019 due to Defendant's Request. Plaintiff then followed up on 3/12/2019, 3/18/2019, and 3/22/2019 for a date to set the matter for hearing with no response until 3/22/2019, wherein Defendant stated he was not available due to a death in the family, and we were told another attorney would be handing the matter. On 3/25/2019 we followed up with another attorney within the firm who agreed to a stipulation to an additional 7 days. Plaintiff's counsel was not available for a hearing on 4/5/2019 but was available on 4/12/2019. However, on 4/3/2019 Plaintiff called the Court's JA, who stated the Court is no longer having hearings on Friday, but now on**

1

**Tuesdays and Thursdays. Therefore, the parties have agreed to the Judge's available date of 4/11/2019 for the hearing.**

### CERTIFICATION

I hereby certify that I have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(a)(3).

        Respectfully Submitted,

        PETER M. COMMETTE, P.A.
        Attorney for Plaintiff
        1323 Southeast 3rd Avenue
        Fort Lauderdale, FL 33316
        954-764-0005 Fax: 954-764-1478
        Primary Email: PMC@commettelaw.com
        Secondary Email: Paralegal1@commettelaw.com

By:   */s Peter M. Commette*
       PETER M. COMMETTE, ESQ.
       FBN# 350133

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of April, 2019, I sent via email a copy of the foregoing to T. Alexander Devine, Esq. and Steve Holman, Esq., Malzman and Partners, Attorney for the Defendant, 55 Miracle Mile, Suite 300, Coral Gables, FL 33134, jeffreym@maltzmanpartners.com, steveh@maltzmanpartners.com, rafaelac@maltzmanpartners.com, and alexd@maltzmanpartners.com

By:   *s/Peter M. Commette*
       PETER M. COMMETTE, ESQ.
       FBN#: 350133

**SERVICE LIST**
**CASE NO: 1:18-cv-20917-KMM**

| | |
|---|---|
| Peter M. Commette, Esq.<br>PMC@commettelaw.com<br>pmcommette@aol.com<br>paralegal1@commettelaw.com<br>PETER M. COMMETTE, P.A.<br>1323 Southeast 3rd Avenue<br>Fort Lauderdale, FL 33316<br>Phone: 954-764-005<br>Fax: 954-764-1478<br>*Attorney for Plaintiff* | T. Alexander Devine, Esq.<br>Jeffrey B. Maltzman, Esq.<br>jeffreym@maltzmanpartners.com<br>Steve Holman, Esq.<br>steveh@maltzmanpartners.com<br>alexd@maltzmanpartners.com<br>MALTZMAN & PARTNERS, P.A.<br>55 Miracle Mile, Suite 300<br>Coral Gables, FL  33134<br>Phone: 305-779-5665<br>Fax: 305-779-5664<br>*Attorneys for Defendants* |